No. 82–899. PINTO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–902. MIRANNE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–921. EWING ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–923. NORTHWEST EXCAVATING, INC. v. WAGGONER ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–941. PARSONS & WHITTEMORE ALABAMA MACHINERY & SERVICE CORP. ET AL. v. YEARGIN CONSTRUCTION CO. C. A. 11th Cir. Certiorari denied.

No. 82–956. HAYES v. VALLEY BANK OF NEVADA ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–5014. SANTUCCI ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–5191. HERRERA v. IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–5242. WESER v. ATKINS, DIRECTOR, KANSAS STATE PENITENTIARY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–5266. CANNON v. CANNON. Sup. Ct. N. C. Certiorari denied.

No. 82–5277. SPENCER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–5281. HALL v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.